ROBERT J. WOODS et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 48393.) — Judgment

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.